# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY ANN NEWBY,  ) | |
| )  | |
| Plaintiff,  ) | |
| )  | |
| v.  ) | Civil Action No. 06-160  (RCL) |
| )  | |
| GEORGE W. BUSH, et al.,  ) | |
| )  | |
| Defendants.  ) | |
| )  | |

**FILED**

JAN 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of plaintiff's motion for a temporary restraining order to enjoin

further proceedings in the United States Senate in the confirmation proceedings of Samuel Alito

to be a Justice of the United States Supreme Court, plaintiff's motion is DENIED. Plaintiff has

failed to demonstrate how the Court would have any authority whatsoever to intervene in a

legislative debate and purport to enjoin action clearly committed by the Constitution to the

legislative branch.

SO ORDERED.

DATE: 1/30/06

6:30 P.M.

Royce C. Lamberth
United States District Judge