RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 MAR 32 AM 12: 09
NANCY M. MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
WASHINGTON, D.C.

BETTY ANN NEWBY §

VS. §

SAMUEL ALITO, ET AL. §

06-160(RCL)

Motion for Leave to File Appeal
in Forma Pauperis

To the HOnorable Judge Lamberth:

Plaintiff Betty Ann Newby files her Motion for Leave to File Appeal in Forma Pauperis and shows the court as follows:

This court denied plaintiff Newby's motion for equitable relief to enjoin the confirmation hearing of Justice Samuel Alito pending her Constitutional challenge to the constitutionality of the Senate proceedings and the confirmation process as applied to Betty Ann Newby, a D.C. resident and entered the order on January 31, 2006. Betty Ann Newby has a meritorious appeal from such decision and would like to appeal the Order to the Court of Appeals in Washington, D.C. However, she is prevented by her poverty and lack of money to pay the filing costs of such appeal and asks the court to allow her to prosecute her appeal in forma pauperis. She is currently living in a homeless shelter in the District of Columbia because agents for the City of Borger, Texas, acting upon information provided to them by ~~agents~~ agents for Hoem Guard Security and Homeland Security

RECEIVED
APR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

wrongfully demolished her home in July 2003 and her late brother's home located at the same address; consequently, she has been forced to seek shelter at 425 2nd St. NW , Washington, D.C. 20001.

Betty Ann Newby claims ownership in other properties in Borger, Texas; however, they are in need of some repair and the utilities have been disconnected and are subject to taxes or liens. She owns a 1973 Buick that is inoperable and a 1979 Chevrolet and a 1973 Toyota that need repairs that she cannot presently pay for due to her inability to obtain a job paying more than minimum wage. She is currently working as a laborer and as a temporary worker when the jobs are available in the District of Columbia. Her Social Security is approximately $330 per month. She has no other income other than the Social Security and part-time labor income. She does not own stocks, bonds, or other personal properties. Her monthly expenses for food, medicine, and personal needs exceed her income and do not allow her to save enough to pay the court costs for prosecuting this appeal. In the interest of justice, she asks the court to allow her to proceed as an indigent.

Betty Ann Newby is likely to prevail in her appeal because she as a D.C. resident is denied her right to participate in the political process as a D.C. resident without representatives in Congress. Her rights pursuant to Amendments 1,45,9.13,14,15, 19, and 20 and her right to a republican form of government and right to travel interstate

are violated by the present confirmation process to elect indirectly federal judges. Additionally, her 1st and 4th, and and 5th, 9th, and 14th Amendment rights and privacy rights have been violated by the government's illegal surveillance of her causing her to incur damages as well as damages for inverse condemnation of her properties.

Additionally, Judge Lamberth promised the Senate Judiciary Committee in May 1988 during his own confirmation process that he would require attorneys to brief issues before deciding against them. see attached exhibit. He did not request plaintiff to brief the issue before denying her motion for equitable relief. Further, plaintiff presented evidence establishing her right to immediate equitable relief pursuant to Rule 65, FRCP. See also, U.S. v. Nixon and Marlbury v. Madison. and the 5th Amendment Due Process-Equal Protection clause. Her Declaration is attached.

Prayer

For all of the above reasons, Betty Ann Newby asks the court to grant her motion. She prays for any additional relief to which she is entitled.

Respectfully submitted,

Betty Ann Newby
4255 2ND ST. NW 20001

Declaration

My name is Betty Ann Newby and I am the plaintiff. I have read the foregoing and the facts are true and are based

upon my own knowledge. I am competent to make this Declaration. I make this Declaration on the pains and penalties of perjury on March 31, 2006 in Washington, D.C.

S. Hrg. 100-1007, Pt. 2

# UNITED STATES-CANADA FREE TRADE AGREEMENT—1988

Y4.F 49: S. hrg. 100-1007/pt. 2

# HEARINGS

BEFORE THE

## COMMITTEE ON FINANCE
## UNITED STATES SENATE

ONE HUNDREDTH CONGRESS

SECOND SESSION

---

April 12 and 13, 1988

---

**(Part 2 of 3)**



Printed for the use of the Committee on Finance

U.S. GOVERNMENT PRINTING OFFICE

91-520

WASHINGTON : 1989

For sale by the Superintendent of Documents, Congressional Sales Office
U.S. Government Printing Office, Washington, DC 20402

APR 2 1



# CONFIRMATION HEARING ON: H. ROBERT MAYER, LAYN R. PHILLIPS, AND ROYCE C. LAMBERTH

---

WEDNESDAY, MAY 13, 1987

U.S. SENATE,
COMMITTEE ON THE JUDICIARY,
*Washington, DC.*

The committee met, pursuant to notice, at 2:45 p.m., in Room SD- Dirksen Senate Office Building, Hon. Howard Metzenbaum (acting chairman) presiding.

Also present: Senator Thurmond.

Staff present: Steven J. Metalitz, special counsel; Eddie Correia Linda Greene, counsels to Senator Metzenbaum; Stephanie ...lett, nominations clerk; Duke Short, minority chief investigator; ... Klonoski, investigator.

## OPENING STATEMENT OF SENATOR HOWARD M. METZENBAUM

Senator METZENBAUM. The Senate Committee on the Judiciary ... commence our hearing on judicial nominations.

This afternoon the Judiciary Committee holds its fifth hearing in the Congress to consider nominations to the Federal courts. We ... take testimony on three nominations: H. Robert Mayer, who is ... a Judge of the U.S. Claims Court, has been nominated to be ... Circuit Judge for the Federal Circuit; Layn R. Phillips has been nominated to the United States District Court for the West... District of Oklahoma; Royce C. Lamberth has been nominated ... the U.S. District Court for the District of Columbia.

Before we turn to Senators, let me note for the record that each ... before the committee today has completed an extensive ...tionnaire on his qualifications, experience and financial situa... The publicly available portions of these questionnaire re... will be printed in the record of this hearing.

We will also keep the record open for a limited time for follow-up ... of the nominees and for additional questions that may be ...mitted by members of the Committee who are unable to be ... this afternoon.

Finally, we will include in the record the full introductory state... of home State Senators and the full written statements of ... witnesses.

We will hear first from Senators who wish to introduce nominees ... Committee. Senator David Boren of Oklahoma is here to in... Mr. Layn Phillips. Senator Don Nickles is also here to in... Mr. Phillips. And Senator Trible and Senator Warner

Now, *Laffey* to us did establish, then, a clear market rate. Our ...rt of Appeals finally said in 1984 when they decided *Laffey*, ...t a market rate means whatever this particular lawyer has ...n paid by other fee-paying clients—that is the market rate for ... particular lawyer, and that is the rate you pay him. And when ... *Laffey* decision became the final law of our Circuit, the U.S. At... ...ey's Office conformed its policy, and we started settling cases ...p to $175 an hour.

...ow, that was a hard pill for us to swallow, frankly, in the U.S. ...orney's Office, because we had been taking the position of the ...payer in every one of these cases. When I stood up and argued ...elf, I always opened the argument with: "Your Honor, I stand ...e on behalf of the American taxpayer," and I continued my ar... ...ent from there.

...am still proud of what we did in those cases in trying to ... ...e money for the American taxpayer, because even $75 an h... ... Chairman, if you have 1,600 billable hours a year, mean... ...yer is working at a rate of $120,000 a year. To me, that is an ... sufficient taxpayer money to go to pay that lawyer's expe... ... fees from bringing the case. Ultimately, that position did ...ail in the courts, and we are now settling at $175 an ho... ...h means $280,000 a year for 1,600 billable hours.

... is a matter, I think, that still must be addressed by Congr... ... Administration has proposed legislation to deal with that ... ...ll hope that Congress someday will take up the gauntlet ... ...up to that issue.

...nator METZENBAUM. Senator Thurmond, do you have any ... ...s?

...nator THURMOND. As I understand, when you recommen... ...an hour, you were just trying to protect the taxpayers.

...r. LAMBERTH. That is right, Senator.

...nator THURMOND. Well, it is good we have somebody who tr... ...otect the taxpayers, isn't it?

...r. LAMBERTH. I appreciate that, Senator.

...nator THURMOND. Unless somebody does it, they will not ... ...ected.

...want to ask you this question. There is frequently a conflict ... ...n the deeply felt constitutional views of a Federal judge ... ...constraints of judicial precedent. How would you resolve th... ...on between personal jurisprudence and precedent?

...r. LAMBERTH. Well, I think, Senator, as a district judge, ... ...to start with the Constitution, of course, and you have to st... ...the Supreme Court precedent and the other precedents ... ...ound by.

...hink you answer the question differently depending on ... ...a level you are serving. As a district judge, I think most of ... ...ions I am going to see will have been in one form or anoth... ...ered either by the Supreme Court or by the court of appe... ...e decisions I will be bound by.

...tainly, in the attorney fee area, I understand the law ... ...ly now, and as a district judge, I am going to follow what ... ...it has said the law is. I think that it depends upon where ... ...itting, but I think on many questions you are going to ... ...d by precedent that you will have to follow.



...I do think that you have to look first at the words of the Con... ...tution.

Senator THURMOND. Mr. Lamberth, the phrase "judicial ac... ...ism" is often used to describe the tendency of judges to make d... ...sions on issues that are not within the scope of their author... What does this phrase "judicial activism" mean to you?

Mr. LAMBERTH. I think, Senator, that it cautions a judge t... your first step in the case has to be to look at why this case ... before you, whether there is jurisdiction, whether there is standi... whether the case is ripe for a judicial decision, whether there i... political question presented that should be resolved by one of ... other branches of Government, whether there is some administ... ...tive remedy that should be exhausted or could have been exhau... ...ed and has not been, whether the case really needs to be decided ... the courts. And I think that sometimes in cases, counsel even ... some interest in overlooking those questions and rushing to ha... the court decide all sorts of things that the courts really have ... business interfering in.

I think that I as a district judge would have an initial obligati... in every case that came before me to look and see if this case ... really properly before the courts and if this case really ought to ... decided by the courts. If counsel have not briefed and raised t... question, I should direct them to do that as my first step in t... case.

Senator THURMOND. I want to congratulate you on your appoi... ...ment by the President. I believe the senators from Virginia ha... endorsed you. That is where you live now, isn't it, in Virginia, a... they have both endorsed you.

Mr. LAMBERTH. That is right. I have been in Virginia for so... time.

Senator THURMOND. I hope you have a happy tenure on t... Bench.

Thank you, Mr. Chairman.

Mr. LAMBERTH. Thank you very much, Senator Thurmond.

Senator METZENBAUM. Thank you.

[The following material was subsequently supplied for t... record:]



Certificate
Service

I mailed a true copy of this to Justice Alito and Sen. Specter postage prepaid March 31, 2006.

[signature]