UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY ANN NEWBY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-160  (RCL) |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of plaintiff's motion [4] for leave to file appeal *in forma pauperis*, and the record herein, plaintiff's motion is DENIED.

The only Order entered by this Court is an Order signed on January 30, 2006, denying a temporary restraining order to enjoin further proceedings in the United States Senate in the Alito confirmation proceedings.  Any appeal from that Order would now be moot and not taken in good faith.

Plaintiff raises in the instant motion various other claims, and complains that the undersigned judge promised in his own confirmation hearings that he would "require attorneys to brief the issues before deciding against them."  The Court had the benefit – and cited – plaintiff's brief before ruling against plaintiff on the motion for temporary restraining order.  The Court has not decided any other issues.

This case remains pending before this Court.  The Court is willing to treat plaintiff's current motion as a motion for leave to proceed *in forma pauperis* in this Court as well as the Court of Appeals.  That motion is hereby GRANTED.

Before the Court authorizes the U.S. Marshal to effect service of the summons and

complaint on each defendant, the Court requires that plaintiff show cause why this complaint should not be dismissed as frivolous. Plaintiff's written response in this Order shall be filed no later than 30 days from this date.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, May 4, 2006.