RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 MAY 26 PM 6:09

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY ANN NEWBY, )
)
   Plaintiff, )
)
v. ) Civil Action No. 06-160 (RCL)
)
GEORGE W. BUSH, et al., )
)
   Defendants. )
_____)

FILED

MAY 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff has today moved to recuse the undersigned judge because of "a personal bias in favor of the government" and because "of the close connection of Judge Lamberth and the key personnel in the Reagan and Bush administrations responsible for his appointment and their connections with the George W. Bush Administration." Plaintiff's motion is DENIED. No reasonable person who is aware of this Court's rulings over the past 18 years would conclude that plaintiff is correct. Moreover, plaintiff overlooks the freedom that lifetime tenure gives to a federal judge to just do what the law requires.

Upon consideration of plaintiff's motion filed today for a temporary restraining order or preliminary injunction to enjoin further proceedings in the United States Senate in the confirmation proceedings of Michael Hayden to be Director of the Central Intelligence Agency, plaintiff's motion is DENIED. Plaintiff has failed to demonstrate how the Court would have any authority whatsoever to intervene in a legislative debate and purport to enjoin action clearly committed by the Constitution to the legislative branch.

   SO ORDERED.

   Signed by Royce C. Lamberth, United States District Judge, May 26, 2006.