UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Betty Ann Newby

vs.                                  No. 06-00160

President George Bush, Samuel Alito,
et al.

Motion to Recuse and Disqualify
Judge Royce Lamberth and Brief

To the Honorable Judge Lamberth:

   Plaintiff Betty Ann Newby moves the court to recuse and disqualify himself from deciding this case. The illegal surveillance operations practiced by the Reagan and Bush Administrations are involved in this matter. Because the presiding judge's appointment to the federal bench involved key persons in these administrations, plaintiff contends that a reasonable person like herself cannot receive a fair hearing if the presiding judge prefuses to recuse and disqualify himself.

   The Fifth Amendment as well as 28 U.S.C. ¶¶144 and 455 support plaintiff's claims that she is entitled to a fair tribunal and an impartial judge. Because of the close connection of Judge Lamberth and the key personnel in the Reagan and Bush administrations responsible for his appointment and their connections with the George W. Bush Administration, the judge has a personal bias in favor of the government.

### Prayer

   For the above reasons and in the interest of justice, plaintiff moves the court to recuse and disqualify himself.

1.

RECEIVED
MAY 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

She prays for any additionladditional relief to which she is justly entitled.

Her Declaration and Certificate of Good faith are attached and incorporated.

Respectfully submitted,

*[signature]*

Betty Newby
425 2nd St. NWN
D.C. 20001

### Certificate of Good Faith

I certify that thismotion is made in good faith.

*[signature]*

### Declaration

My name is Betty Ann Newby. I am the plaintiff. I have read the foregoing motion, and the facts are true and correct and are based upon my knowledge of who appointed Judge Lamberth to the federal bench. I make this Declaration under the pains and penalties of perjury onMay 26, 2006. I am competent to make this Declaration.

*[signature]*

2.