May 16, 2006

Dear Senator Roberts:

This is an urgent and formal request to allow me to participate personally in the confirmation hearing regarding the appointment of General Michael Hayden as Director of the C.I.A. I am a D.C. resident and have no Senator to represent my interests. Your rules do not provide for ways that D.C. residents can participate in this political process; and I am thereby denied my Constitutional rights as an unrepresented D.C. resident if I am not granted this request.

Enclosed is a true copy of a demand letter I mailed to the Director of the National Security Agency in March 2006 for damages I have suffered from government surveillance without a warrant. The federal government through the military, state and local law enforcement, retired National Guards, and military personnel, and local "volunteers" have illegally surveilled me since at least 1990 as a favor to Phillips Petroleum Company and Locke-Purnell-Rain-Harrell, P.C.— now known as Locke Liddell & Sapp, LLP. This particular surveillance program is called Home Guard Security. In the State of Texas, over 250 persons are likewise being so surveilled

"1."

primarily for political purposes. The telephone surveillance of unsuspecting Americans did not begin in 2001 as claimed by the Bush Administration. President Bush's father initially classified me for purely political reasons in 1990.

In the same time period (1990-1994) President George H. Bush authorized secret, illegal surveillance of Sadam Hussein's home, his family members, Iraqui government officers and other Middle Eastern targets. Sub-contractors for the C.I.A. posed as small appliance repairmen to gain access, often through bribes, to the interiors of homes and offices and vehicles. They installed listening and other security devices numbering over 10,000. The project cost the American taxpayer over $8,000,000 dollars which included hefty salaries for the translators and sub-contractors. It allowed the C.I.A. to know exactly what weapons Hussein had, what he did not have, his country's oil deposits, and business agreements with various companies to produce Iraq's oil. The same basic techniques were used against Hussein as were and are being used against me by the military.

A report on Wikipedia.Org states that Vice-President Dick Cheney has amassed between 30-100 million dollars from the Iraq war through his retirement agreement with Halliburton. He and Donald Rumsfeld already were planning to take over the world energy markets by 1997. Phillip Perry,

2.

Esquire, has been nominated by President Bush to be General Counsel for Homeland Security Department. Perry, a former Lockheed-Martin lobbyist, is Vice-President Cheney's son-in-law.

President Bush's Ambassador to Saudi Arabia, whose father was an executive for Phillips Petroleum Company, is a former Dallas energy interest's executive. Big Oil interests dominate Texas state courts and the 5th Circuit Court of Appeals. The <u>Houston Chronicle</u> reports that Big Oil contributed more than $110 million dollars to his campaign.

Please allow me, in the interest of justice, to question Michael Hayden regarding the wrongful surveillance operations of the United States government. If necessary, postpone the hearing to change the agenda to accommodate my request. The United States government is a Constitutional democracy. Do not allow it to become a corporate oligarchy.

Yours truly,
Betty Ann Newby
425 2d St NW, D.C. 20001
202 393-1219

3.

425 2nd St NW DC 20001
March 2, 2006

Dear Director of National Security Agency.

This letter serves as the required claim pursuant to the Federal Tort Claims Act and the Little Tucker Act, and the Tucker Act for damages to my person and properties caused by your agents while acting within the scope of their responsibilities and duties for torts and breaches of contract. My claim is for $85,000,000.

Federal agents have continuously surveilled me since at least 1990, although I did not learn that their identities were federal agents until fairly recently. They have stalked me, causing me to fear for my safety and that of my family. I believed that they had the power to carry out their threats. They invaded my seclusion and solitude and personal space without permission and the invasion of privacy was intentional. They intercepted communications, bugged my phones, trespassed, converted my properties, and inflicted mental grief and worry and anxiety. They installed global positioning monitors on my vehicles, and they followed me wherever I traveled. They have also interfered in court proceedings in state and federal courts in Texas, the Fifth Circuit Court of Appeals, and in the United States Supreme Court; as well as in Oklahoma and District of Columbia courts. They have converted legal papers, office equipment, and have interrupted and interfered in proceedings before the State Bar of Texas and the City of Borger, Texas. Federal agents caused HUD to foreclose wrongfully and claim ownership in 601 Coble, Borger, Texas. They caused to be bulldozed my homes at 823 Hedgecoke in Borger, my Arcade Hotel, my Franklin Apartments; and they caused to be towed and cruched my Caprice containing environemntal evidence against Conoco-PHillips and Chevron-Phillips. They caused me to lose ownership in 729 N. Hedgecoke, 716 Coble, 1415 Clayton, and 1514 Yows in Borger, Texas, and the right to practice law. Federal agents actions caused me to lose ownership in 1008 Coble and 1012 N. Hedgecoke in Borger, Texas.

Federal agents breached the government's contract with me in the Constitution by denying me fundamental rights such as the right to petition the government for redress of grievances, the right to travel and relocate interstate, the right of free speech and assembly, and the right to be free of illegal searches and seizures. They have breached the implied covenant of good faith and fair dealing by denying me a republican form of government, separation of powers and checks and balances, and representative government. They have breached the promise to outlaw slavery and the wearing of badges of slavery.

As my <u>parens patriae</u> as a D.C. resident, Congress has breached its fiducial duty to provide me democratic government.

Federal agents have done these unspeakable acts to me as an American citizen. I am not a terrorist and have never been a terrorist. In my law practice in Borger, Texas I only tried to protect the environment and seek redress for my 1,000 clients who were forced at great expense to relocate from Phillips, Texas, because hazardous chemicals and substances posed serious public health risks from nearby industrial facilities owned by Phillips Petroleum Company on lands owned by Johnsons and Whittenburgs. The litigation exposed judicial bribery and the intentional destruction of environmental records by Phillips and Harriet Miers' Dallas law firm and George Whittenburg, III.

1.

Postal Services employees have intercepted and converted my mail without my permission causing me damages and additional mental grief and anguish.

Government agent continue to stalk me, trespass, convert my properties to their use, intercept my communications, interfere in court proceedings and legal matters, to invade my solitude and seclusion, to intercept my photo copying, to inhibit my traveling, to follow me constantly, trying to intimidate me. They continue to use concealed devices as well as devices I do not have the professional expertise to recognize as surveillance devices.

I am not a terrorist, have never been a terrorist, and am only trying to expose the government's decision making based upon bribes by Big Oil interests that implicate all three branches of American government. I am entitled to express my political beliefs as part of my fundamental right of free speech and right to petition the government for redress of grievances without retribution and reprisals by agents for the federal government. I am entitled to freedom from governmental surveillance and harassment and its trespasses, conversions, and destruction of my properties without due process or compensation.

I am entitled to receive my mail without its being interrupted and converted to the government's use and to use all methods of communication with others. I am entitled to compensation.

Respectfully submitted,

Betty A. Nuby

2.

18" FLAT PANELS $345

Fine Pre-Owned Rolex Watches

HOUSTON JEWELRY

Friday, Dec. 12, 2003, Houston Chronicle

# Bush ends $110 million fund-raising year

## President unaffected by high court's ruling on campaign finance reform

**Reuters News Service**

MCLEAN, Va. — President Bush, unfazed by a Supreme Court decision to uphold campaign-finance limits, Thursday made a final fund-raising appearance of a record-breaking year in which he has raised more than $110 million for his uncontested primary race.

"We're delivered on behalf of all people who live in this country," Bush said at a $1 million re-election campaign fund-raiser in a wealthy Washington suburb.

"Our work is only beginning."

The event raised Bush's fund-raising total to more than $110 million since he began in June, already exceeding his record of about $100 million for the 2000 primary.

Outside the Hilton hotel, about 75 protesters surrounding an inflatable model of the White House demonstrated against Bush's ties to corporate donors.

Some carried signs reading "Bush Protects Polluters."

The Public Citizen consumer watchdog group, which helped organize the protest, said Bush had practically rewarded corporate donors "in exchange for millions in campaign cash."

Bush campaign spokesman Scott Stanzel said Bush's fund-raising plans are unaffected by the Supreme Court's decision Wednesday. The high court upheld legislation Bush signed this year to ban unregulated "soft money" contributions to political parties.

"Our campaign plan was put in place based upon the bipartisan Campaign Finance Reform Act, so we will continue operating the way in which we have," Stanzel said.

Bush has abandoned public financing of his primary effort, freeing him of the spending restrictions that go with public money.

ProQuest

Help

Basic | Advanced | Topics | Publications | My Research 0 marked items

Interface language:
English

Databases selected: Multiple databases...

**Document View**   « Back to Results    < Previous  Document 5 of 31  Next >    Publisher Information

Print  Email    ☐ Mark Document    Abstract , Full Text

**HOUSTON'S LEADING INFORMATION SOURCE**
**HoustonChronicle.com**

# Industries accused of clean air violations may get off / Some could benefit from more lenient laws for anti-pollution devices; [3 STAR Edition]

DINA CAPPIELLO, Houston Chronicle Environmental Writer. Houston Chronicle. Houston, Tex.: Nov 6, 2003. pg. 25

» Jump to full text
» Translate document into: [Select language]
» More Like This - Find similar documents

| | |
|---|---|
| Subjects: | Law enforcement, Criminal investigations, Federal legislation, Clean Air Act-US, Emission standards, Environmental policy, Air pollution |
| Locations: | Houston Texas, United States, US |
| Author(s): | DINA CAPPIELLO, Houston Chronicle Environmental Writer |
| Document types: | News |
| Section: | NEWS |
| Publication title: | Houston Chronicle. Houston, Tex.: Nov 6, 2003. pg. 25 |
| Source type: | Newspaper |
| ISSN/ISBN: | 10747109 |
| ProQuest document ID: | 439437521 |
| Text Word Count | 688 |
| Document URL: | http://proquest.umi.com/pqdweb?did=439437521&sid=1&Fmt=3&clientId=45714&RQT=309&VName=PQD |

## Abstract (Document Summary)

Investigations and outstanding violations leveled against dozens of industrial facilities for breaking air pollution laws, including some refineries in the Houston area, will be dropped unless the cases meet a more lenient interpretation of the law recently finalized by the Bush administration.

"They've always said publicly that this isn't going to affect current investigations. That's all out the window," said Eric Schaeffer, a former EPA enforcement official who now works for the Environmental Integrity Project, an environmental advocacy group. Schaeffer said as many as 50 violations, against a host of power plants and refineries, could be dropped under the new review.

Included in the 50 facilities with outstanding air pollution violations identified by the Environmental Integrity Project are four Texas refineries, in Baytown, Beaumont, Corpus Christi and Borger, owned by Exxon Mobil, Citgo and what formerly was known as Phillips Petroleum. At least one other company, San Antonio-based Valero Energy Corp., is under investigation for New Source Review violations, the group said. But the top EPA enforcement official said refineries - unlike coal-fired power plants - could still be in violation of the Clean Air Act, even under the new rule.

**Full Text** (688 words)

(Copyright 2003 Houston Chronicle)

Investigations and outstanding violations leveled against dozens of industrial facilities for breaking air pollution laws, including some refineries in the Houston area, will be dropped unless the cases meet a more lenient interpretation of the law recently finalized by the Bush administration.

The re-evaluation will absolve from further enforcement virtually all power plants and some other industries accused or suspected

of past violations of the Clean Air Act, environmentalists and a U.S. Environmental Protection Agency official said Wednesday.

"Unless these people violated new rules, we will not be pursuing additional enforcement," said a senior EPA official speaking on condition of anonymity.

The review, environmentalists and some agency officials said Wednesday, signals a reversal by the administration, which said changes it made to the section of the Clean Air Act that required modern pollution controls to be installed when upgrades at plants increased emissions would not affect current and ongoing investigations.

In August, and in rules issued last month, the administration made it easier for facilities to make expansions and repairs without putting on state-of-the-art pollution-cutting devices. Under the changes to the rule, known as New Source Review, plants making upgrades that cost less than 20 percent of the total cost of replacing the entire part, or operating unit, will be exempt from putting on anti-pollution equipment - even though emissions could increase.

"They've always said publicly that this isn't going to affect current investigations. That's all out the window," said Eric Schaeffer, a former EPA enforcement official who now works for the Environmental Integrity Project, an environmental advocacy group. Schaeffer said as many as 50 violations, against a host of power plants and refineries, could be dropped under the new review.

Included in the 50 facilities with outstanding air pollution violations identified by the Environmental Integrity Project are four Texas refineries, in Baytown, Beaumont, Corpus Christi and Borger, owned by ⓘExxon Mobil, ⓘCitgo and what formerly was known as Phillips Petroleum. At least one other company, San Antonio-based ⓘValero Energy Corp., is under investigation for New Source Review violations, the group said. But the top EPA enforcement official said refineries - unlike coal-fired power plants - could still be in violation of the Clean Air Act, even under the new rule.

"The refineries will do better," the official said. "Most of those violate the new rules."

Previous settlements with industries, including one in April with ⓘAlcoa in Milam County, have netted millions of dollars in fines and greatly reduced the pollution that contributes to smog, acid rain and fine particles.

British Petroleum in 2000 and ⓘShell Oil in 2001 settled clean air violation cases involving Houston-area refineries.

While the EPA confirmed Wednesday that it would be evaluating the past cases under the more flexible rules finalized by the Bush administration in August, it denied that all pending cases would be dropped. Cases filed in court under the Clinton administration in 1999 will still be pursued, the EPA said.

"There has been no decision by the agency to drop all New Source Review enforcement actions," said Cynthia Bergman, the agency's press secretary. "We are vigorously pursuing all filed cases, and we will evaluate each pending investigation on a case-by-case basis to determine whether it will be pursued or set aside."

Bergman could not say how many cases would be affected.

Some environmentalists said Wednesday that as many as 13 cases referred to the Department of Justice could be scrapped.

A ⓘValero spokeswoman said Wednesday that company officials were not aware of the change. ⓘExxon Mobil said it could not comment on a "rumor."

Environmentalists, meanwhile, said there is still a possibility that Texas industries could get off.

"If the new rules aren't going to hurt them, let's file" cases, said Schaeffer.

At least one leading industry group said the new rules wouldn't change much, claiming that the majority of outstanding violations never make it to court.

"Experienced practitioners know that only 5 percent or less of such notices ever lead to enforcement in court," said Scott Segal, director of the Electric Reliability Coordinating Council. "That is a fact, regardless of any new or pending rule-making."

Credit: Staff

More Like This: Find similar documents

Subjects:     ☐ Law enforcement  ☐ Criminal investigations  ☐ Federal legislation  ☐ Clean Air Act-US  ☐ Emission

ProQuest

Basic | Advanced | Topics | Publications | My Research 0 marked items

Interface language: English

Databases selected: Multiple databases...

**Document View**   « Back to Results       < Previous  Document 2 of 31  Next >       Publisher Information

Print  Email       ☐ Mark Document                                                  Abstract , Full Text



HOUSTON'S LEADING INFORMATION SOURCE
**HoustonChronicle.com**

## Sea of challenges in a desert nation / Texas oilman-diplomat will face some difficult issues in Saudi Arabia; [4 STAR Edition]

KIM COBB. Houston Chronicle. Houston, Tex.: Nov 23, 2003. pg. 1

- » Jump to full text
- » Translate document into: [Select language]
- » More Like This - Find similar documents

| | |
|---|---|
| Subjects: | Political appointments, Foreign policy, Diplomatic & consular services |
| Locations: | United States, US, Saudi Arabia |
| People: | Bush, George W, Oberwetter Jim |
| Author(s): | KIM COBB |
| Document types: | News |
| Section: | NEWS |
| Publication title: | Houston Chronicle. Houston, Tex.: Nov 23, 2003. pg. 1 |
| Source type: | Newspaper |
| ISSN/ISBN: | 10747109 |
| ProQuest document ID: | 461344011 |
| Text Word Count | 1754 |
| Document URL: | http://proquest.umi.com/pqdweb?did=461344011&sid=1&Fmt=3&clientId=45714&RQT=309&VName=PQD |

### Abstract (Document Summary)

In the fall of 1992, candidate Ross Perot claimed the Republican Party was trying to smear him with a nasty dirty-tricks campaign. The FBI began investigating [Jim Oberwetter] after a Perot operative, California private investigator Scott Barnes, claimed Oberwetter had hired him to tap Perot's telephones.

Wick Allison, editor of D Magazine, was Oberwetter's college roommate and has remained a close friend. State Republican officials recognized Oberwetter's political skills and discretion early on, Allison said, but he has always preferred to keep his powerful position in the party and close friendship with the [George Bush] family low key.

Oberwetter's longtime friend, University of North Texas System Chancellor Lee Jackson, says Oberwetter's experience in city, county and state government and his personality make him qualified to take on this job as the Saudis go about the job of modernizing their government and society.

### Full Text (1754 words)

(Copyright 2003 Houston Chronicle)

The nomination of Texas oil executive Jim Oberwetter as ambassador to Saudi Arabia is fuel to lawmakers who charge that U.S. foreign policy in the Middle East is driven only by pursuit of oil.

But that's not a bad message, analysts say, if it weakens the growing fear in that part of the world that U.S. policy is being shaped only by a hatred of Islam.

A Republican power player and longtime friend of President Bush and his father, Oberwetter wins praise from Republicans and

Democrats a calm, intelligent man with inner core of toughness.

Analysts say he'll need it.

Relations between the United States and the Saudis have been strained since the majority of the World Trade Center terrorists were revealed to be Saudis. The Saudi government has only recently begun to recognize the domestic threat posed by the terrorist cells festering there, after a series of terrorist bombings and bloody police shootouts.

Yet a good working relationship is crucial to both countries.

U.S. support is key to maintaining the Saudi regime and that country's position in the greater Arab world. Competing oil and gas developments in the former Soviet Republics threaten Saudi hegemony, and neighbors like Iran pose a military threat.

The United States has made it clear it needs Saudi cooperation to win the war on terrorism. Washington also is increasing pressure on the royal family, now in control of a bloated government, to move toward democracy and religious freedom.

But make no mistake: With the Saudis sitting on 25 percent of the world's available oil reserves, the United States relies on Saudi Arabia to meet strategic economic needs.

"I must say, I think it's one of the most challenging assignments you can have as an American diplomat," said Charles Dunbar, ambassador to Yemen during Desert Storm and former ambassador to Qatar.

"There has been so much focus on al-Qaida's very deep entrenchment in Saudi Arabia and so much focus on the support the Saudis gave until very recently to people who cannot be regarded as any great friends of the United States," Dunbar said. "I think the spring and summer of this year may prove to be a turning point in Saudi understanding that they have been riding a tiger."

But dealing with Saudi recalcitrance is just part of the job, Dunbar said. Dealing with people "back home" will be as big a chore.

"A lot of his job will be fending off the people who continue to argue that we need regime change in Saudi Arabia," Dunbar said. "And I think we need that like a hole in the head."

Oberwetter, 59, was nominated to replace Robert Jordan, a Dallas lawyer. The president has asked for fast consideration of the nomination, because the post would remain vacant until at least February if the Senate does not take action before the recess.

Oberwetter's nomination is all about improving the comfort level of the Saudis in a difficult time, said Kenneth Stein, a professor of Middle Eastern Studies at Emory University and foreign affairs adviser to former President Carter.

"I think when all is said and done, this is an appointment of reassurance," Stein said.

The Saudis are concerned that their clout or presence will be diminished, Stein said. Appointing an oil executive is reassurance that the United States intends to maintain its business-based relationship with the Saudis.

Oberwetter is senior vice president for governmental and public affairs for Dallas-based Hunt Consolidated Inc.

Subsidiary Hunt Oil Co. is one of the top dozen independent oil companies in the United States.

Oberwetter was introduced to the oil business at an early age. His father was an executive with Phillips Petroleum. His family moved a lot, and one friend speculates that he learned a powerful combination of charm and discretion as a means of making friends quickly.

Oberwetter cut his teeth on Republican politics at the University of Texas at Austin, gaining recognition as a young man with political insight. He was press secretary for the president's father when George Bush was a member of Congress in the late 1960s, and then worked in the U.S. Environmental Protection Agency before joining Hunt in 1974.

Oberwetter was chairman of former President Bush's Texas campaign in 1992, when he lost to Democrat Bill Clinton. More recently he served on the younger Bush's presidential transition team.

Friends say that while he could have moved easily into a more high-profile political career in Washington, he preferred to live in Texas and work behind the scenes.

"I don't think most Democrats know who he is," said Garry Mauro, former Texas Agriculture Commissioner and chairman of Clinton's Texas campaign in 1992. "Because of the . . . campaigning, I watched him pretty closely," Mauro said. "He's a class act."

Mauro was impressed with the way Oberwetter handled one of the more peculiar changes in presidential campaigning.

In the fall of 1992, candidate Ross Perot claimed the Republican Party was trying to smear him with a nasty dirty-tricks campaign. The FBI began investigating Oberwetter after a Perot operative, California private investigator Scott Barnes, claimed Oberwetter had hired him to tap Perot's telephones.

The FBI set up a sting operation to try to prove Oberwetter's complicity in the scheme, but Oberwetter wouldn't have any part of it.

Barnes later admitted the whole thing was a hoax. Republicans and Democrats alike were appalled that the FBI would try to "sting" Oberwetter with no more to go on than an accusation by Barnes, known to the FBI for concocting stories.

"I just thought he dealt with it straight-up . . . no name-calling," Mauro recalled. "It became clear pretty quickly that his position (that the scheme was a fabrication) was well-founded."

Wick Allison, editor of D Magazine, was Oberwetter's college roommate and has remained a close friend. State Republican officials recognized Oberwetter's political skills and discretion early on, Allison said, but he has always preferred to keep his powerful position in the party and close friendship with the Bush family low key.

"That's why he's so under the radar - because he's a guy who doesn't need to be out front," Allison said. "People call him anyway. If his number was unlisted, they'd find a way to call him."

Allison said he can recall instances in which Oberwetter decided that elected officeholders were no longer worthy of their positions "for integrity issues, rather than policy" and quietly suggested that they not run for re-election.

"And they haven't," Allison said. "That means the party does respect his advice, and people know it when he walks into a room."

Oberwetter's nomination has not been controversial. But Sen. Charles Schumer, D-N.Y., asked Bush to withdraw it.

"It sort of says our entire relationship with Saudi Arabia is a three-letter word: o-i-l," Schumer said.

Oberwetter's friends say critics are missing the boat by calling him "just an oilman."

Oberwetter's longtime friend, University of North Texas System Chancellor Lee Jackson, says Oberwetter's experience in city, county and state government and his personality make him qualified to take on this job as the Saudis go about the job of modernizing their government and society.

"There's a lot of advice being given to the Saudis and how they make the transition, how they incorporate a growing middle class, strike a balance between competing social institutions, how they introduce more elements of a democracy," Jackson said. "Jim Oberwetter has a tremendous base of practical experience in institution building and how all the smaller units of society work together on a practical level."

Oberwetter has held a series of voluntary and advisory positions for bond elections, public officials, and state and charitable agencies. Many people in the oil industry are technicians, engineers or financiers, Jackson said, but Oberwetter's expertise is public policy.

"It's hard to compare anything to the pressures of world peace," Jackson said. "But in those responsibilities Jim has had, he's always been considered unflappable in time of crisis.

"Jim's involvement around the world has been in helping Hunt understand and comply with the societies in which they operate, in building local partnerships and operating in very diverse societies, from Yemen to South America," Jackson said.

Dunbar, the former ambassador, remembered that Oberwetter was involved in the Hunt Oil Company's drilling operation in Yemen. He calls the president's choice "a great appointment."

"It's fascinating, of course. The thing that comes to mind is that Hunt Oil is not a favorite of the Saudis because of the bad relations at that time between Yemen and the Saudis," Dunbar said.

The Saudis saw advantages to keeping neighboring Yemen divided, and they backed South Yemen's attempts at secession. The large drilling operation in what was then known as the "Common Zone" between North and South Yemen proved to be a confidence-building gesture for both sides in the warring country and helped lead to unification in 1990.

It is common knowledge in diplomatic circles that the Saudis prefer as ambassador someone with a close relationship to the

president rather than a career diplomat   Case 1:06-cv-00180-RCL    Document 8-2    Filed 05/26/2006    Page 12 of 12

Oberwetter is close not only to the current president but to Bush's father, whom the Saudis regard as a hero for stopping Saddam Hussein's invading army from moving beyond Kuwait in 1990.

But Anthony Cordesman, an analyst at the Center for Strategic and International Studies, said the next Saudi ambassador will be walking into a firestorm.

"While Americans resent the lack of immediate Saudi action after 9/11," Cordesman said, "Saudis and Arabs throughout the region deeply resent the way American media and commentators have carelessly attacked Islam, Saudi religious beliefs, Saudi culture and failed to find a difference between terrorists and Saudis."

The backlash against the United States for the Iraq war may diminish with time, Cordesman said, but is explosive now.

"Above all, the Saudis want somebody who can build bridges to understanding, bridges to economic relations, bridges that replace the departure of our forces with a more effective military advisory effort," Cordesman said.

"I think he's totally ready for it," said Allison. "He got married a couple of years ago, he has been enjoying his life immensely. You know what they used to say about Nixon - he's tanned and rested."

[Illustration]
Mug: 1. Jim Oberwetter, senior vice president for governmental and public affairs at Dallas-based ⓘHunt Consolidated Inc., most recently served on President Bush's transition team (color); Photo: 2. Jim Oberwetter speaks with Sen. Kay Bailey Hutchison during his appearance Friday before the Senate Foreign Relations Committee in Washington (b/w, p. 21)

Credit: Staff

**More Like This / Find similar documents**

| | |
|---|---|
| Subjects: | ☐ Political appointments ☐ Foreign policy ☐ Diplomatic & consular services |
| Locations: | ☐ United States ☐ US ☐ Saudi Arabia |
| People: | ☐ Bush, George W ☐ Oberwetter Jim |
| Author(s): | ☐ KIM COBB |
| Document types: | ☐ News |
| Language: | ☐ English |
| Publication title: | ☐ Houston Chronicle |

[Search] [Clear]

▲ Back to Top       « Back to Results      < Previous  Document 2 of 31  Next >      Publisher Information
                                         ☐ Mark Document                                         📄 Abstract, 📄 Full Te

Copyright © 2006 ProQuest Information and Learning Company. All rights reserved. Terms and Conditions
Text-only interface
Library of Congress

ProQuest COMPANY

