UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby

vs.

No. 06-00160

National Security Agency,
General Michael Hayden, Senator Pat Robertson,
Senate Select Committee on Intelligence,
Southwestern Bell Telephone Company,
AT&T, Verizon, Sprint, MCI, and
Home Owners Long Distance,

(as well as the defendants named in the
original Complaint in this matter)

Plaintiff's Supplemental
Complaint

To the Honorable Judge of the court:

Plaintiff files her Supplemental Complaint to include the follfollowingclaims and facts and defendants.

Facts:

The President authorized the National Security Agency to conduct warrantless surveillance of Americans. General Haydenclaims that only terror-related individuals were actually monitored. Plaintiff learned from a government employee in 2004 that although she is not a terrorist orconnected to any such persons or organizations, that the military and intelligence communities have constantly surveusurveilled herand her friends, family, and clients since 1990 as a political favor to Big Oil interests against whom she litigated class actions involving claims based upon exposure to hazardous chemicals.

**RECEIVED** 1

MAY 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff tried to participate in the CIA Director confirmation proceedings in the Select Committee on Intelligence but the committee and the Chairman denied her request, thereby excluding unrepresented residents of the District of Columbia from participating in the confirmation process based upon their residency. A majority of persons residing in the federal District are persons of color and are registered as Democrats. Many are gay or liberal. Only 8% of the registered voters are Republican. Congress practices racial discrimination as does the President in failing to extend the elective franchise to residents of the District of Columbia in violation of their civil rights. Plaintiff is a resident of the District and has been denied her civil rights, including her right to travel and relocate to the District and her Ninth Amendment rights. as well as Due Process and Equal Protection rights, her redress rights, and her voting rights.

Plaintiff has been damaged by the government's illegal surveillance and has personal knowledge of pertinent facts for the American people and the Senate, but is being denied the opportunity to criticize the Executive Branch and Congress for operating behind veils of secrecy in Senate confirmation hearings.

Plaintiff seeks declaratory and equitable relief and damages from responsible persons. She prays for a jury trial.

Respectfully submitted,
Betty Ann Newby
425 2nd st. NW D.C. 20001

2

Declaration

My         is Betty Ann Newby and I am the plaintiff.  I am    competent to make this Declaration.  The facts are true and are based upon         personal knowledge or from information given to me by government employees.  I make this Declaration under the pains and penalties of perjury on May 2526, 2006  in Washington, D.C.

*[signature: Btty AnL]*