UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

~~BE~~
Betty Ann Newby,

vs. ~~Samuel Alito, Michael Hayden, et al.~~ George W. Bush, et al

No. 06506-00160 -RCL

06-160 -RCL

~~Motion to Clarify~~
Motion to Clarify, to Enlarge Time, and to Extend Time to Respond to Court's May 4, 2006, Order and to Reconsider and Amend and Alter the Order

To the Honorable Judge of the Court:

Plaintiff Betty Ann Newby moves the court to clarify its May 4, 2006, Order for her to show cause why this case should not be dismissed as frivolous before having the marshal serve the defendants, to reconsider its Order ~~and to enlarge any~~ time ~~requ~~ and to enlarge the time within which plaintiff is to respond. For cause, she shows the court as follows:

1. Plaintiff is a fee-paying litigant in this case. At the time she requested leave to proceed in the appeal of the court's denial of injunctive relief regarding the appointment of Samuel Alito as Associate Justice of the United States Supreme Court she was not able financially to pay the appellate filing fee or for service on the defendants.

2. Since that time, by working overtime at her labor job, she has saved enough money to pay the filing fee and for service by certified mail as the Rules allow. Therefore she is not seeking <u>in forma pauperis</u> status. in the Alito appeal or in the cause of action.

RECEIVED
JUN - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Therefore, because the wording of the Order appears to be premised upon the <u>in forma pauperis</u> status of plaintiff, and that status has now changed, plaintiff asks the court to clarify whether she is required to show cause why the case should not be dismissed per in forma pauperis litigant pursuant to the prisoner statute or whether the court actually believes the case is frivolous. If the Order is a general show cause order to a fee paying litigant, plaintiff respectfully requests an additional reasonable time to produce evidence and argument and authorities as to why the case is not frivolous and should proceed to a jury trial on the merits.

3. Additionally, plaintiff did not learn of the May 4th Order until a week ago when she discovered it in the official file. She does not have her own personal mailbox at the homeless shelter and did not receive the Order timely.

4. Plaintiff filed her appeal from the Alito Order as an interlocutory order pursuant to 28 USC 1291 for injunctions because the substantive relief she seeks is permanent: to wit: equal representation as a D.C. resident. Her rights are substantial and irreparable harm may occur if not appealed.

Respectfully submitted,
Betty Newby
425 21st NW 20001

Declaration.

1. My name is Betty Newby. I am the plaintiff. I have read the foregoing. The facts are true and based on personal knowledge. I make this on pains and penalties of perjury June 5, 2006, in DC

Betty Newby