United States District Court
Washington, D.C.

Betty Ann Newby

vs.                                                      06-00160

Michael Hayden, et al

Plaintiff's Motion to Reconsider the
Motion for Immediate Equitable Relief

To the Honorable Judge of Said Court:

Plaintiff moves the Court to reconsider its Order refusing to grant equitable relief to the plaintiff and enjoin the Senate confirmation proceedings for the Director of the CIA, Michael Hayden.

This court has jurisdiction to provide judicial review to a litigant such as plaintiff whose civil rights are continually violated by the Senate's confirmation procedures and the President's confirmation procedures. The federal courts have authority pursuant to Madison v. Marlbury and Constitutional principles established by case law to review statutes and unconstitutional practices by the Congress and the Executive. Plaintiff is shut out of the confirmation process because of her residency in the District of Columbia and this denies her valuable Constitutional protections.

Plaintiff prays for a reconsideration and an order vacating the confirmations of Brett Kavanaugh and Michael Hayden on Constitutional grounds.

Respectfully submitted,

Betty Newby

Certificate of Service to the defendants.

RECEIVED
JUN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT