UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Betty Ann Newby,
    plaintiff,

vs.

NO. 06-00160

Samuel Alito, Justice; Michael
Hayden, General, et al,
    defendants.

### Plaintiff's Motion for Reconsideration of the Court's May 26, 2006, Order and Other Relief

To the Honorable Judge of Said Court:

    Plaintiff Betty Ann Newby asks theCourt respectfully to reconsider and amend its Order dated May 26, 2006. For cause she shows the Court as follows:

    1. The public biography of the Honorable Judge Royce Lamberth, United States District Judge for the District of Columbia show that he was appointed to the federal bench in 1987 by the late Ronald Reagan. Plaintiff asks the court to take judicial notice that George H. Bush, former President of the United .tates  served as Vice-President to Pr sident Reagan for eight years. She also asks the court to take judicial notice that the current President of the United States, George W. Bush, is a  son of former President George H. Bush; and that Vice-President Dick Cheney served as Secretary of of Defense during former President George H. Bush and is in his second term of office serving as Vice-President to George W. Bus   . The record also shows that this court worked for a number of years as a federal government attorney in the

RECEIVED

JUN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

/

Justice Department before being appointed to the office of United States District Judge for the District of Columbia in 1987.

Plaintiff also asks the court to take judicial notice of the pleadings filed in this case. Plaintiff claims damages against Vice-President Cheney, former President George H. Bush, and current President George W. Bush and others. President Bush and Vice-President Dick Cheney reside in the District and the United states government, of course, operates its seat of government on the campus of the District of Columbia. Plaintiff also seeks a declaration and permanent injunction regarding the right of residents of the District of Columbia to participate in the American political process by participating actively in confirmation hearings before the U.S. Senate and their right to have elected government representatives, including the right to a Congressional delegation as do the fifty states. She also seeks declaratory and injunctive relief and damages regarding illegal surveillance of her by the government and third persons and resulting personal injuries and property damages.
These claims, are not inclusive but underscore the important personal and Constitutional issues before the Court.
Betty Ann Newby contends as a reasonable person that she cannot receive a fair trial by a District judge who receives a lifetime salary from his court appointment by former President Reagan due to the personal relationships of the Bushes, Cheneys, and Reagans, and perhaps other defendants whose relationships with

the court          plaintiff is unaware.  The court has not attempted to recuse or disqualify himself <u>sua sponte</u>.

2.] Both federal recusal and disqualification statutes do not contain any procedures for litigants and judges to follow in preserving the Due Process principles of fair tribunals and impartial judges.  Therefore, litigants such as plaintiff have no procedural tool to allow them to challenge a district judge on recusal or disqualification grounds in a meaningful time and manner.

3. Under current Constitutional law, a judge may be challenged by a litigant such as plaintiff; however, if the presiding or appellate judges do not agree that they should recuse or disqualify themselves, they simply continue trying the case or recuse.  The litigant is then forced to seek mandamus relief from a higher court.  The limited number of federal appellate levels has guaranteed that litigants are not successful in seeking judicial appellate review of federal judicial officers, notwithstanding the existence of 28 U.S.C. ""¶¶ 144 and 455 and the Fifth Amendment. Plaintiff contends that these two statutes are unConstitutional in failing to provide procedures to allow challenging litigants an opportunity to recuse and disqualify particular federal judicial officers in a meaningful time and manner.  These statutes deny plaintiff any real opportunity to seek redress from the courts as guaranteed by the First Amendment and from free speech and the right to participate in the political process.  They also

3

deny plaintiff her Due Process and Equal Protection rights guaranteed by the Fifth Amendment. They deny plaintiff her Ninth Amendment rights.as her Constitutional challenge is the procedural challenge

4. A reasonable person knowing all of the facts in this case would not believe that Betty Ann Newby can get a fair hearing in a case naming the Bushes anas defendants as well as Dick Cheney and other governmental officials. While the presiding judge may be a fair judge and an impartial one, the semblance of bias is so colorable that the public's faith in the judicial process and the judiciary is diluted if the presiding judge does not recuse and disqualify himself from deciding this case and does not vacate all prior orders entered on Constitutional grounds . See, Liljeberg v. Health Services, and the Fifth Amendment to the federal Constitution. The Supreme Court noted in this case that any harm done to the defendants by vacatur and reversal was preferable tp the harm done to the public's faith in a fair judiciary if the judge in that that case did not recuse and idsqualify.

5. In the interest of justice and in the fair administration administration of justice, Betty Ann Newby moves the Court to recuse and disqualify himself and to vacate all orders previously entered. She prays for any additional relief to which she is justly entitled. Her declaration and certificate of good faith are attached and incorporated.

Respectfully submitted,

Betty Ann Newby
Betty Ann Newby
425 2nd St. NW 20001

Certificate of Service Betty Ann Newby

4

## Certificate of Good Faith

I, Betty Ann Newby, certify that this motion seeking to recuse and disqualify Judge Royce Lamberth, presiding judge, is made in good faith and in the interest of justice and for no other frivolous or malicious reason. June 8, 2006.

*Betty Newby* (signature)

## Declaration

My name is Betty Ann Newby. I am the plaintiff. I have read the foregoing pleading and the facts are true and correct and are based upon my own personal knowledge. I make this Declaration under the pains and penalties of perjury on June 8, 2006, in Washington, D.C. The facts stated as bibeing from the public records are based upon those records and are plaintiff's knowledge gained from reliable public resources.

*Betty Newby* (signature)

5.

United States District Court
District of Columbia

Betty Ann Newby )

vs. ) NO. 06-00160

Michael Hayden, General; Samuel Alito, )
et al

Motion to Reconsider Order Dated
May 26, 2006, and Further Relief

To the Honorable Court:

Plaintiff Betty Ann Newby asks the Court to stay the confirmation of General Michael Hayden and to vacate the U.S. Senate's confirmation of his appointment as well as

the confirmation of Brett Kavanaugh to the position of Justice of the Court of Appeals for the District of Columbia. pending her appeal in the event this court denies her motion to reconsider and amend its May 26th Order denying equitable relief to the plaintiff on her Constitutional challenges to the Senate's confirmation procedures that unlawfully exclude residents of the District of Columbia.

Betty Ann Newby contends that she is denied her First Amendment right to seek redress from
the federal government by the current Senate procedures that do not include procedures for unrepresented residents of the District of Columbia to participate directly or indirectly in the confirmation of political appointees by the President. She is also denied her right to participate in

**RECEIVED**

JUN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the American political process because as a D.C. resident she does not have a Senator to represent her interest nor does the Senate have procedural rules that accommodate the political needs of unrepresented District residents like plaintiff who have pertinent, relevant, material evidence regarding the fitness of certain appointees to serve as appointed, high-level government officials to ask questions of the candidates-appointees. There is no current Senate procedure that allows minority Senators on the Judiciary Committee or the Senate Select Intelligence Committee to seek a declaratory judgment in district court if a candidate stonewalls their questions.

The current procedures deny Betty Ann Newby her right to Due Process and the Equal Protection of the Law as a District resident and her Ninth, 13th, 14th, 15th, 19th, and 23rd Amendment rights. The procedures deny her ther fundamental right to travel interstate and to relocate to the District from Texas without being discriminated against by the federal government. See, the Saenz case and Reynolds v. Sims; Griswold v. Connecticut; Shapiro v. Thompson; and Sharpe v. Bolling; and Madison v. Marlbury.

In the interest of justice and for no other reason, Betty ann Newby asks the Court to stay the confirmations of Brett Kavanaugh and Michael Hayden on Constitutional grounds and to vacate their confirmations based upon Constitutional infirmities. Plaintiff will suffer    personally if they are allowed to

continue to serve in their appointed capacities because their confirmations were void <u>ab initio</u>; the Senate's and President's procedures for confirmation of these officials is not Constitutionally sound.

Any harm done to these individuals until the Courts decide plaintiff's Constitutional challenges is mild compared to the harm done to Betty Ann Newby 's and millions of Americans' right to have a Constitutional democracy. Betty Ann Newby's Declaration is attached and incorporated. She has a meritorious case and a meritorious motion for reconsideration. Justice approves her request which is also in the public interest. She comes into court with clean hands ndand is willing to post a bond to secure equitable relief. The chances of irreparable harm are real and great.

Respectfully submitted,
*Betty Newby* (signed)
Betty Newby
425 2nd st. D.C. 20001

### Declaration

My name is Betty Newby. I am the plaintiff. I have read the foregoing pleading and the facts are true and correct. I make this Declaration in Washington D.C. on June 8, 2006, under the pains and penalties of perjury.

*Betty Newby* (signed)

Certificate of Service on Defendants

*Betty Newby* (signed)

3