UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby,
    Plaintiff,

vs.                                             NO. 06-00160 RCL

George W. Bush, Samuel Alito,
Michael Hayden, et al,
    Defendants.

    Plaintiff's Supplemental Motion to Enlarge
    the Time within Which to Serve the Defendants
    with Service of Process

To the Honorable Judge of the Court:

    Plaintiff Betty Ann Newby files her suuplmental motion to her earlier filed motion to extend or enlarge the time within which to serve the defendants with service of process. For cause, she shows the Court as follows:

    A combination of events beyond plaintiff's control have occurred since she filed her original motion seeking to be allowed to serve the defendants by July 20, 2006. She injured her wrist and foot in accidents and has been under the care of health care providers. The treatments consumed a large part of her time that was diverted from obtaining service of process. Secondly, she did not calculate the expense of obtaining service correctly and needs the additional time to earn enough money to proceed with the service requirements. She urges the same legal arguments and authorities presented in her earlier motion regarding service of process and incorporates them into this motion.

Conclusion

1.

**RECEIVED**

JUL 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Betty Ann Newby moves the Court to consider the above-described extenuating circumstances of an unforeseen medical emergency and earning the money to assure payment for service on the defendants in enlarging or extending the time for serving the defendants with service of process. They will not be prejudiced because limitations has not run on plaintiff's claims and a number of the defendants have already received courtesy copies of the complaint and other pleadings.

In the interest of justice plaintiff asks the Court to extend the date for obtaining service of process to and including August 14, 2006. Plaintiff prays for any additional relief to which she is justly entitled. Her declaration is attached and incorporated.

Respectfully submitted,

Betty Ann Newby
425 2nd st. NW, D.C.
20001

### Declaration of Betty Ann Newby

My name is Betty Ann Newby and I am the plaintiff. I have read the foregoing motion and all facts are true and correct and are based upon personal knowledge. I am competent to make this declaration under the pains and penalties of perjury on July 20, 2006, in Washington, D.C.

### Certificate of Service

Copies by mail to defendants.