UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby,                        ◊
          Plaintiff,
vs.                                     ◊      NO. 05-00160

George W. Bush, Samuel Alito,  U.S. ◊
Senate Judiciary Committee, et  al.,
 Defendants.                            ◊

Plaintiff's Motion to Enlarge the
Time Within Which to Serve the Defendants
with Service of Process

To the Honorable Judge of the Court:

    Plaintiff Betty Ann Newby files her motion asking the
Court to enlarge the time for serving service of process
upon the defendants to and in including September 5, 2006.
For cause, she shows the  Court as follows:

    Betty Ann Newby has been unable to work and is being
treated by a health care provider for a peridontal abscess.
She will be able to serve the defendants by September 5, 2006.
Plaintiff asks the Court in the interest of justice to
enlarge the due date for serving the defendants with process.
Additionally, there is no harm done by the short extension or
enlargement of time because the statute of limitations has
not run on plaintiff's cause of action.  Secondly, a number of
the defendants were provided courtesy copies of the complaint
and are aware of the suit.

    Further, Betty Ann Newby had counted on a continued income
for funds to pay for the litigation.  Her medical condition has
been beyond her control, and she did not factor ill health
into her previous request for an enlargement of time.

1.

RECEIVED

AUG 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Court has authority to extend the due date and to enlarge it in the interest of justice and as a public policy concern that all litigants with meritorious causes be allowed opportunities to seek meaningful redress for wrongs in the federal courts. Civil rights violations and redress for civil rights jurisdictions are entrusted to the federal district courts as guardians of the Constitution.

The issues presented in plaintiff's case are of grave concern to her and to the public. Some of the issues are first impression issues. Others are well-settled ones, but all of the issues justify a jury trial and resolution by the federal courts. Plaintiff incorporates her previously cited authorities into this motion for enlargement of time to serve the defendants with service of process.

<u>Conclusion</u>

Plaintiff Betty Ann Newby asks the Court to extend the due date for serving the defendants with service of process to and including September 5, 2006. She prays for any additional relief to which she is justly entitled.

Her Declaration is attached and incorporated.

Respectfully submitted,

Betty Ann Newby
425 2nd St. N.W.
Washington, D.C. 20001

Declaration.

1." My name is Betty Ann Newby. I am the plaintiff. I have read the foregoing motion and all facts are true and are based upon my own personal knowledge.

2.

I file this motion for enlargement of time to serve the defendants in good faith and have been diligent in showing my awareness of the need to serve them as soon as possible. My request for additional time for service is not for delay or any frivolous reason but only so that justice can be served considering my fragile health and financial condition.

I make this Declaration under the pains and penalties of perjury on August 14, 2006, in Washington, D.C., where I reside at 425 2nd St. N.W. 20001."

I am competent to make this Declaration."

3.