UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby,
    plaintiff,

vs.   NO. 05-00160

George W. Bush, Michael Alito,
Michael Hayden, et al,
    defendants.

Plaintiff's Motion to Enlarge the Time
within which to Serve Waivers of Service
of Process or Service of Process

To the Honorable Judge of Said Court:

Plaintiff Betty Ann Newby moves the Court to enlarge the due date for serving waivers of service of process or service of process upon the defendants. For cause, she shows the Court as follows:

Betty Ann Newby asks the Court in the interest of justice to enlarge the date for serving waivers of service of process or Service of Process through September 15, 2006. She has been out of work and has required emergency dental treatment for an abscess and needs the additional time to pay for the service of the waivers or the service of process. She has been able to save most of the money required, but she asks for an additional ten days--to and including September 15, 2006-- to ensure that she can pay for this requirement. Betty Ann Newby has a meritorious case and has been prevented from serving copies of it on the defendant for reasons not expected. The defendants will not be prejudiced for the short delay because most of them already know about the suit and her claims. The statute of

1.

limitations has not run on her claims. The Court will save valuable resources in allowing plaintiff an enlargementof time rather than to dismiss the case. Justice supports Betty ann Newby's request for her request.

The Court has the power to enlarge such time periods and equity supports plaintiff's motion.

### Prayer

For the above stated reasons and in the interrest of justice , Betty Ann Newby asks the Court to allow her through and to September 15, 2006 to serve the defendants with waivers of service of process or service of process. She prays for any additional relief to which she is justly entitled.
Her declaration is attached and incorporated.

                                Respectfully submitted,
                                Betty Ann Newby
                                425 2nd St. Washington, D.C.20001

### Declaration

1. "My name is Betty Ann Newby and I am the plaintiff. I live at 425 2nd St. NW, D.C. and I am competent to make this Declaration. The facts are true and correct and are based upon personal knowledge. I have read the foregoing motion.
2. I make this declaration in Washington, D.C. on September 5th, 2006, under the pains and penalties of perjury."



2.