

U.S. District Court

Washington, D.C.

Betty Ann Newby

vs.                           No. CV 06-000160 *RCL*

George Bush, et al,

      Motion for Additional Time to Serve
      Requests for Waivers of Service

To the Honorable Court:

    Betty Ann Newby moves the Court to allow her an additional time to obtain the waivers of service on the defendants. She has completed the Herculean task of obtaining the funds required. In the interest of justice she asks for 30 days to obtain the waivers in the interest of justice. Limitations hasnot run on her claims. Her poverty has prevented her from sooner action.

    Her declaration is attached.

                                  Yours truly,

                                  Betty Ann Newby
                                  425 2nd St. NW 20001

**RECEIVED**

SEP 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Declaration

My name is Betty Ann Newby .

I am the plaintiff and I have read the foregoing. All facts are true and correct and are based upon personal knowledge. unless otherwise stated.

I make this declaration udner th e pains and penalties of perjury on     September 15, 2006 in the District of Columbia.

*Betty A. Newby* (signature)