US DISTRICT COURT
WASHINGTON, D.C.

Betty Ann Newby
    vs.
George W. Bush,
Samuel Alito, et al

No. 000160
06-        RCL

## Motion for Additional Time

To the Honorable Court:

Plaintiff Betty Ann Newby moves the Court to allow her to serve the defendants by October 15, 2006. She has been unable to serve the defendants because of a combination of unforeseen events, including the large amount of money needed to effect service. She was just recovered from intestinal troubles. Plaintiff has a meritorious case and limitations has not run on her claims. In the interest of justice, she asks for two additional weeks to and including October 15, 2006. The defendants will not be prejudiced. Plaintiff asks the Court to exercise his equitable and legal powers. Declaration is attached.

Respectfully,
Betty Newby
425 2nd St NW DC
20001

## Declaration

My name is Betty Ann Newby. I have read the foregoing and the facts are true and are based on my own personal knowledge. I am competent to make this Declaration in DC on October 1, 2006. I make this Declaration under the pains and penalties of perjury on October 1, 2006.

Betty Ann Newby

**RECEIVED**
OCT 2 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT