District Court
Washington, DC

**RECEIVED**

OCT 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Betty Ann Newby
vs.
Samuel Alito,
et al.

06-000160 RCL

Motion for Additional Time
to Serve Suit

To the Honorable Court:

Plaintiff Betty Ann Newby moves the Court to allow her until and through November 1, 2006, to serve the defendants or to serve requests for waivers. She has been ill with a virus and is still able to find only temporary work to earn money. Limitations has not run on her claims. In the interest of justice, she asks for the additional time. She prays for additional relief to which she is justly entitled. Declaration is attached. She has a meritorious case.

Respectfully submitted,
Betty Ann Newby
425 2d St NW
D.C. 20001

Declaration

1. My name is Betty Ann Newby. I am the plaintiff. I have read the above. The facts are true and based on personal knowledge. I live in the District of Columbia.

(1)

I make this Declaration under the pains and penalties of perjury on October 16, 2006, in the District of Columbia.

Betty Ann Ouseley

(2)