United States District Court
Washington, D.C.

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 NOV -1 PM 11: 24

NANCY M.
MAYER-WHITTINGTON
CLERK

Betty Ann Newby
vs.
George W. Bush,
Samuel Alito,
Michael Hayden, et al

NO. 000160
Jury Trial Demanded

06-160 RCL

Plaintiff's Motion to Extend the
Service of Process or Filing of
Waiver Deadline.

Plaintiff Betty Ann Newby moves the Court to extend
the service of process or the filing of waivers deadline
to and including December 13, 2006. Plaintiff seeks this
extension of time in the interest of justice and for no
other reason. She has been unable to work to earn the
money to pay for this task because a periodontal
infection has caused her to seek medical treatment.

The defendants will not be prejudiced by the delay
because limitations has not run on plaintiff's claims.
She has a meritorious case and can prove her allegations.
This Court has the power to grant this motion in the
interest of justice and as part of its plenary power.
Plaintiff's declaration is attached and incorporated.

Respectfully submitted,
Betty Ann Newby
425 2d St NW
D.C. 20001

"I My name is Betty Ann Newby and I am the plaintiff.
I am over 21 and of sound mind and am competent to
make this Declaration. I have read the above motion
and the facts are true and are based upon my personal knowledge.
I make this Declaration under the pains and penalties of perjury on Nov. 1, 2006,
in the federal district."
Betty Ann Newby

Declaration of Betty Ann Newby