UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY ANN NEWBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-160 (RCL) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff's Motion [11] to Clarify and Reconsider the May 4, 2006 Order treating plaintiff's motion for leave to file appeal *in forma pauperis* as a motion to proceed *in forma pauperis* in this Court as well is hereby GRANTED. At plaintiff's request, the Court hereby VACATES, upon reconsideration, that part of the Court's Order of May 4, 2006 that granted plaintiff's motion to proceed *in forma pauperis* in this Court. Accordingly, the Court also vacates the requirement that plaintiff show cause why this case should not be dismissed as frivolous.

Plaintiff's motion [12] to reconsider the Court's denial of immediate equitable relief is DENIED.

Plaintiff's motion [13] for reconsideration of the Court's Order of May 26, 2006, denying plaintiff's recusal motion, is DENIED.

Plaintiff's motions [14, 15, 16, 17, 18, 19, 20] to extend time for service of process are GRANTED, *nunc pro tunc*.

Plaintiff's motion [21] to further extend time to and including December 3, 2006, for

service of process on defendants is also GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 14, 2006.