UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Betty Ann Newby,

    Plaintiff,

vs.

George W. Bush et al,.

    Defendants.

Civil Action No.

06-160 (RCL)

Plaintiff's Motion for Clarification
Regarding Order Entered November 14, 2006

To the Honorable Judge Lamberth:

Plaintiff files her motion asking for clarification regarding the court's Order dated November 14, 2006. Betty Ann Newby paid the filing fee in the underlying case ; she subsequently filed her Notice of Appeal but could not afford to pay the filing fee and asked leave to proceed in the appeal as an indigent. She later paid what she believed to be the required filing fee to allow her to prosecute her appeal to the Court of Appeals for the District of Columbia. However, she later learned from a clerk in the Court of Appeals that the fee schedule had changed and the filing fee had more than tripled. Betty Ann Newby began making payment to be applied to the appeal fee. She continues to make partial payments to the District Clerk and simultaneously tenders a partial payment simultaneously with the filing of this motion. Due to unexpected dental treatment and related costs Betty Ann Newby has not been financially able to pay the entire fee for filing the appeal; although she has worked as a laborer

1.

at a low wage when her health allowed her to work, she is still paying for the appeal. In the interest of justice, she asks the Court to extend the date for paying the filing fee to appeal to and including January 2, 2007. Plaintiff is now tutoring and expects to have adequate funds by that date.

The defendants will not be prejudiced by the relatively short delay. Betty ann Newby has a meritorious appeal and in the interest of justice asks the Court to clarify that she is proceeding as a paying litigant in the appeal and is allowed to pay the balance of the filing fee by January 2, 2007. She prays for any additional relief to which she is justly entitled. She relies upon the equitable powers of the court and Rule 1 of the FRCP in moving the court for clarification and relief. Her declaration is attached and incorporated.

Respectfully submitted,
Betty Ann Newby
425    2rd    At. NW D.C.
20001

## Declaration of Betty Ann Newby

"1. My name is Betty Ann Newby and I am the plaintiff. I am competent to make this Declaration. I live in a homeless shelter in the District because of the wrongful actions taken by the defendants in this case in bulldozing my home without Due Process and in sponsoring illegal surveillance programs for Big Oil interests. I have read this motion and all facts are true and correct and are based upon personal knowledge. As a resident of the federal District with no Congressional delegation, I was not allowed to participate in Senate

confirmation hearings in 2005 and 2006 in direct violation of my fundamental Constitutional right to participate in the American political process.  Had I been allowed to participate and ask the candidates pertinent questions regarding their own personal involvement in illegal domestic surveillance for purely political reasons, in all likelihood the full Senate would not have confirmed President Bush's appointees.

2. In the interest of justice and for no other reason, I move the court to allow me until January 2, 2007, to finish paying the appellate filing fee.   Fifteen dollars is enclosed.

   I pray for any additional relief to which I may be entitled.  I make this Declaration under the pains and penalties of perjury on November 29, 2006, in Washington, D.C."

*[signature: Betty C. Ruth]*