UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Betty Ann Newby,

    plaintiff,

vs.                              No. CV 06-160

George W. Bush,                JURY TRIAL DEMANDED
Samuel Alito, et al.,

    defendants.

        Plaintiff's Motion to Clarify and
        Enlarge Time

To the Honorable Judge Lamberth:

    Plaintiff Betty Ann Newby files her motion for clarification and enlargement and for cause shows the court as follows :

    1. The Court entered its order on November 14, 2006, which She did not receive at the homeless shelter until the last of November. The Order states that the Court denies all equitable relief and, inter alia, that the plaintiff has until December 3, 2006, to serve the defendants.

    2. Plaintiff Betty Ann Newby asks for clarification of the phrase "all equitable relief" so she may know how to proceed procedurally. Without specifically knowing which equitable relief has been denied, plaintiff cannot aggressively prosecute her case. She respectfully asks for clarification.

    3. The Order states that the service date is December 3, 2006. That date falls on Sunday. Plaintiff asks for clarification that she is allowed through December 4, 2006, to seek further extension,

1.

4. In her initial response to the November 14, 2006, Order entered by this Court, plaintiff asked the court to extend the deadline for paying for the appeal through the first Tuesday in January, 2007, in the interest of justice. In the same interest of justice, Betty Ann Newby asks the court to extend the deadline through the first Tuesday Tuesday in January, 2007 to allow her to obtain waivers of service of process from the defendants. She had asked for that alternative to service of process in order to save money as she has named a number of defendants in the suit. As Betty Ann Newby has stated under pains and penalties of perjury in her pleadings, she is relegated to staying in the homeless shelter because a number of the defendants conspired to annihilate her for Big Oil interests. It is pay back for her verified pleadings that George Whittenburg, III., Esq, Tim Mountz, Esq. and Mike Powell, and Phillips corporate attorneys bribed the federal district judge trying the homeowners' cases by undisclosed referrals to her lawyer husband's two man law firm, intentionally destroyed truckloads of evidence protected by a protective order, obstructed justice in the Fifth Circuit and the Supreme Court and in Texas state courts , and suborned perjury. They wrongfully bulldozed her home and that of her late brother which she had inherited. A number of the defendants have conspired to keep her from making a living and to keep her substantially below the poverty level by interfering with her ability to work for a substantial income. They have been involved in illegal surveillance of her,

2.

They have employed Homeland and Home Guard Security operations against her as well as local citizens and local and state law enforcement officials. They have invaded her privacy and solitude and have converted her properties to their use. They have intercepted her communications and anyone who has called or visited her more than three times or with whom she associates. Plaintiff receives approximately $330 per month in Social Security and works as a laborer and tutor to try to make money for necessaries. She believes she will be able to obtain waivers of service from the defendants by that date.

Plaintiff asks for this relief in the interest of justice and for no other reason. A number of the defendants have already received copies of the complaint and will not be surprised. Limitations has not run on plaintiff's claims. Justice will be served if the court allows the short enlargement rather than dismisses the case since limitations has has not run. The federal rules and equitable principles allow the Court this power.

Betty Ann Newby's declaration is attached and incorporated.

Respectfully submitted,

_____
Betty Ann Newby
425 2nd St. NW D.C. 20001

Declaration of Betty Ann Newby

1. "My name is Betty Ann Newby. I am over 18 and am competent to make this Declaration. I have read the foregoing motion and all facts are true and correct.

2. I am staying at the homeless shelter at 425 2nd St. NW in Washington, D.C.

3. The facts stated in my motion are true and correct and are based upon my own personal knowledge. The information regarding the use of Homeland and Home Guard Security and private citizens, and state and local law enforcement is based upon both my observations and information given to me by government employees or their agents.

4. I request clarification and enlargement to and through the first Tuesday in 2007 to file waivers of service of process in order for me in my impoverished situation to save valuable personal resources. I ask for this in the name of justice and not for delay or any frivolous reason.

5. I make this Declaration under the pains and penalties of perjury on December 3, 2006, in Washington, D.C.

_____Betty A. Newby_____

4.