UNITED STATES DISTRICT COURT
WASHINGTON, D.C.

Betty Ann Newby,
Plaintiff,
vs.

No. 06-00160

George Bush, Samuel Alito, et al.,

Jury Trial Demanded

Defendants.

Motion for Additional Time to Serve
the Defendants or Obtain Waivers

To the Judge of Said Court:

Plaintiff Betty Ann Newby files her motion asking for additional time to serve the defendants or to obtain waivers of service of process. For cause she shows the court as follows:

1. The statute of limitations has not run in this case.

2. Plaintiff is living in a homeless shelter and is faced with the decision of paying a dentist to save three teeth so she can eat a normal diet or pay for the service of this suit. She works at part-time jobs when she can find them and when her health allows. She is forced to this level of poverty by the concerted efforts fo the defendants to marginalize and annihilate her for her aggressive litigation against Big Oil interests in Texas for her plaintiff-clients as shown in previous pleadings filed in this case. She has a meritorious case and asks for an extension to and including January 31, 2007, within which to obtain waivers of service of process or to serve the defendants.

3. The defendants will not be prejudiced by the delay.

1.

4. Issues important to plaintiff and her property and her ability to earn a living are at stake in this case as well as important issues involving the ways she is deprived of her civil rights both in Texas and the district by federal and state actors and individuals working in concert with federal and state actors. The D.C. vote issue is at issue in tandem with the manner in which the Senate confirms presidential appointments.

5. In the interest of justice, Betty Ann Newby asks the court for the above-described extension.

6. The Court has inherent powers to extend the date for obtaining waivers of service of process or obtaining service of process.

### Prayer

Plaintiff prays for an extension of time to obtain service of process or waivers of service of process to and including January 31, 2007. She prays for any additional relief to which she is justly entitled.

Respectfully submitted,
Betty Ann Newby
425 2nd St.NW D.C. 20001

### Declaration of Betty Ann Newby

1." My name is Betty Ann Newby and I am the plaintiff. I have read the foregoing motion and all facts are true and correct and are based upon personal knowledge. In the interest of justice I ask for an extension of time to and through January 31, 2007, within which to obtaib service of process or waivers.
I make this declaration under the pains and penalties of perjury on January 3, 2007, in Washington, D.C."