UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Netty Newby

vs.

Michael Hayden, et al.                                06-00160

Notice of Appeal

Plaintiff Betty Ann Newby files her Notice of Appeal of the decisions of the district court in refusing to grant a temporary restraining order against the confirmation of Michael Hayden and vacating the confirmations of Brett Kavanaugh and Michael Hayden by the U.S. Senate. Additional Defendants are the Senate Intelligence Committee and President George W. Sush, as named in the complaint and motion. Betty Newby intends to appeal to the Court of Appeals for the District of Columbia. The district court Judge Royce Lamberth signed the orders denying relief to plaintiff Newby on May 26 and June 9, 2006, respectively.

Signed January 16, 2007            Respectfully submitted,

                                   Betty Ann Newby
                                   425 2nd St., Washington
                                   D.C. 20001       393-1909.

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT