U.S. District Court
Washington, D.C.

RECEIVED

JAN 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Betty Ann Newby

vs.

George Bush, et al

No. 06-160

*Jury Demand*

## Motion to Reconsider and Miscellaneous Relief

To Judge Lamberth:

Plaintiff Betty Ann Newby asks the Court to allow her to proceed as an indigent in the Alito and Hayden appeals because she has a meritorious case and has no money to prosecute her claims. She also asks the court to reconsider and allow her to prosecute her claims as an indigent in this case. She believed she could earn enough money to pay for service, but her declining health has prevented her from full time labor work. She has no other money from other sources. She makes $330 per month in Social Security and several hundred a month, when she is able, from part-time labor work. She has been unable, to date, to save enough money to pay the filing fees for the appeals of

Hayden's order and Alito's order. She did not know the condition of her health would decline and require medical expenses when she represented that she was solvent. Buying food and necessities takes all of the money she makes.

In the interest of justice, plaintiff asks the court to reinstate its order to allow her to proceed as an indigent and to file a brief and motion within a resreasonable time to show that this is not a frivolous case. She prays for any additional relief to which she is entitled . *Rule 1, FRCP.*

1.

Respectfully submitted,

Bettina Newby
425 2d St NW DC, 20001

Declaration

My name is Betty Ann Newby.  I am the plaintiff.  The facts above
are true.  I live in a homeless shelter and am unable to earn
enough money to prosecute my case and related appeals of the
Alito and Hayden orders.  In the   interest of justice I ask the
court to reinstate its decision to allow me to proceed as
an indigent in the case  and the related appeals.  My Social
Security is  330  (approximately) per month.

I make this declaration under the pains and penalties of perjury
on January 22, 2007.  When I asked the court to allow me to
prosecute my appeals and case as a fee-paying litigant previously,
I sincerely believed I would gain meaningful employment
paying enough to fund the expenses of litigating
this case.  My health has        declined , the temporary work
has not been steady, and I have no other source to    obtain
money.

_Betty Newby_

3.