**RECEIVED**

U.S. DISTRICT COURT
Washington, D.C.

JAN 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Betty Newby

vs.

No. 06-00160
Jury Demand

George Bush, et al as previously
named and Clay Ballman and U.S.
US PROTECT, defendants.

Motion for Temporary Restraining Order
and Injunction

To Judge Lamberth:

    Betty Ann Newby moves the Court to enter immediate equitable relief to enjoin any criminal proceedings against her from Texas defendants. Any such actions are based upon coercion, intimidation, and retaliation. She has no adequate remedy at law and will suffer irreparable harm if required to defend against these actions. She has clean hands in alleging wrongs by the defendants in the complaints filed in this case. She is likely to prevail on the merits. She will post the security the court determines necessary for equitable relief. She relies on Rule 65 FRCP and the exceptions to <u>Younger v. Harris.</u> The Eleventh Amendment does not bar her suit pursuant to <u>Ex Parte Young.</u>

    Betty Newby is being annihilated by agents for Phillips, Locke law firm in Dallas, George Whittenburg, and City of Borger, TX and its agents for her aggressive litigation against them since 1981 as narrated in her previous complaints which she asks the court to consider in this motion.

Plaintiff asks for a restraining order and also a hearing.

She asks for this relief in the interest of justice and for no other reason. She asks for a temporary injunction and permanent injunction after a jury trial.

Respectfully submitted,
Betty Ann Newby
Betty Ann Newby
425 2nd st. D.C.

## Declaration

I am the plaintiff and I have read the abovefacts. They are true and correct and are based upon personal knowledge. I make this Declaration under the pains and penalties of perjury on January 22, 2007 in D.C.. I am over 21 (64) and amcompetent to make this declaration.

_Betty Ann Newby_

## Certificate of Service

I mailed a copy of this to Clay Ballman, Bill Taylor, Yack Young, Bill Smith, City of Borger, the Triggs, the State Bar of Texas, Nathan Hecht, George Whittenburg,and Locke , and George Bush postage prepaid on 1-22-07.

_Betty Ann Newby_