# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5025**                  **September Term, 2006**

**06cv00160**

**Filed On:**

Betty Ann Newby,
      Appellant

v.

George W. Bush, et al.,
      Appellee



## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis filed on January 24, 2007.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *Sabrina M. Crisp*
Sabrina M. Crisp
Deputy Clerk