Supreme Court

October Term

2006

In Re: Betty Ann Newby

Motion to Proceed as an Indigent

06-160 RCL 7
RECEIVED
APR 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Betty Ann Newby
425 2nd St. NW D.C. 20001

Supreme Court

October Term 2006

In Re Betty Ann Newby

Motion to Proceed as an Indigent

To the Honorable Supreme Court:

Petitioner Betty Ann Newby moves the Court to allow her to proceed as an indigent in this appeal. She lives at the CCNV homeless shelter at 425 2nd St in D.C.. She has an income of $353 permmonth from Social Security. He has no other income except labor work when she can find it. Big Oil interests in Texas had officials for the City of Borger wrongfully bulldoze her home and other properties to marginalize her for litigating against Phillips Petroleum, represented by the Dallas firm of Loke, Purnell Rain Harrell, now known as Locke Liddell and Sapp. When she left Texas she had an interest in real estate. Upon information and belief that has been sold for delinquent taxes. She owned three inoperable cars when she left Texas. She does not know if they are still fixable. The District Court and the CADC allowed her to proceed as an indigent in their courts below. She has a meritoriosu appeal but is unable to prosecute her appeal to this court because of her poverty. She She is unable to pay the filing fee and have printed copies made of her pleadings. In the interest of jsutice she asks the Court to allow her to proceed as an indigent.

Respectfully submitted,
Betty Ann Newby
Betty Ann Newby, pro se
425 2nd st. NW D.C. 20001