UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY ANN NEWBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-160 (RCL) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

FILED
OCT - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On May 4, 2006, this Court treated plaintiff's motion [4] for leave to file appeal *in forma pauperis* as a motion for leave to proceed *in forma pauperis* in this Court as well as the Court of Appeals, and granted it. The Court also indicated that before it authorized the U.S. Marshal to effect service of the summons and complaint on the dozens of defendants herein, plaintiff should show cause why the complaint should not be dismissed as frivolous.

*At plaintiff's request*, this Court on November 14, 2006, reconsidered and vacated its order of May 4, 2006, which had permitted plaintiff to proceed *in forma pauperis*.

The Court granted numerous extensions of time requested by plaintiff, well beyond the 120 days allowed by Rule 4 of the Federal Rules of Civil Procedure—to allow plaintiff to effect service of the summons and complaint on defendants.

Plaintiff's motions [23, 24] to clarify this Court's order of November 14, 2006, are DENIED.

Plaintiff's motion [25] to extend until January 31, 2007, the time for effecting service is GRANTED.

Plaintiff then moved [27] for reconsideration, and to proceed *in forma pauperis*. That motion is GRANTED.

Plaintiff's motion [28] filed the same date, for a temporary restraining order to enjoin any criminal proceedings against her in Texas is DENIED.

Plaintiff's motion [30] to proceed as an indigent on appeal is GRANTED.

On the following dates, plaintiff lodged with the Clerk documents that she called "Supplemental Complaints," naming additional defendants and alleging additional facts:

December 6, 2006

December 27, 2006

January 3, 2007

January 24, 2007

These documents will be included in the record of this case as "Lodged with the Clerk of Court," but none shall be deemed filed. After a complaint is once amended, further amendments require leave of Court. Plaintiff neither sought, nor is granted, leave to file these additional documents.

The Court has carefully examined, *sua sponte*, the original complaint herein, as amended on May 26, 2006. This action is hereby dismissed as frivolous. The taxpayers should not be burdened with copying all of this material and serving it on dozens of defendants. Defendants should not be burdened with having to each obtain counsel and file motions to dismiss. The Court has given plaintiff an opportunity to set forth her basis for proceeding. Apparently she prefers to address the Court of Appeals in the first instance. Now is her time.

This is a final appealable order.

This case now stands DISMISSED as frivolous.

SO ORDERED.

_____    _10/5/07_
United States District Judge Royce C. Lamberth    Date