UNITED STATES DISTRICT COURT
WASHINGTON, D.C.

Betty Ann Newby,
    Plaintiff,

vs.                                                          NO. 06-00160

| | |
|---|---|
| George W. Bush | Jack Young |
| Dick Cheney | Michael Chertoff |
| Ted Andrews (Stevens) | George H. Bush |
| Alberto Ganzales | Department of Homeland Security |
| Samuel Alito | National Security Agency |
| United States Judiciary Committee | Michael Hayden |
| Arlen Specter | Pat Robertson (sic) Roberts |
| Orrin Hatch | Senate Select Committee on |
| Charles Grassley | Intelligence |
| Jon Kyl | Southwestern Bell Telephone |
| Mike DeWine |    Company |
| Jeff Sessions | AT&T |
| Lindsay Graham | Verizon |
| John Cornyn | Sprint |
| John Brownback | MCI |
| Tom Coburn | Homeowners Long Distance, |
| Patrick Leahy | |
| Edward Kennedy | |
| Joseph Biden |           Defendants. |
| Herbert Kohl | |
| Dianne Feinstein | |
| Russell Reingold | |
| Charles Schumer | |
| Richard Durbin | |
| Federal Election Commission | |
| Robert Lenhard | |
| Hans A. Vonspakovsky | |
| Steven T. Walther | |
| ChevronPhillips Chemical Company | |
| ConocoPhillips, Inc. | |
| ExxonMobile Corp. | |
| Nathan Hecht | |
| George Whittenburg, III. | |
| State Bar of Texas | |
| Bill Frist | |
| City of Borger, Texas | |
| Larry Mullenix | |
| Minton, Burton, Foster & Collins, P.C. | |
| Locke Lidell and Sapp, LLP | |

                        Notice of Appeal

**RECEIVED**

DEC - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ALL PARTIES:

TAKE NOTICE that Betty Ann Newby, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the District of Columbia Circuit the Orders entered by Judge Royce Lamberth on October 5, 2007; Order entered on February 1, 2006; Order entered on May 4, 2006;

Order entered on May 26, 2006; Order entered on October 14, 2006;

                                                 Betty Ann Newby, pro se
                                                 425 2nd St NW
                                                 Washington, D.C. 20001